UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDELLA REID,                          :        Civil No.: 20-cv-12822
                                      :
        *Plaintiff*,                  :        Hon. Matthew F. Leitman
                                      :        United States District Judge
v.                                    :
                                      :        Hon. Curtis Ivy, Jr.
KILOLO KIJAKAZI,                      :        United States Magistrate Judge
ACTING COMMISSIONER OF                :
SOCIAL SECURITY,                      :
                                      :
        *Defendant*.                  :
_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  October 19, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764