UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IDELLA REID,

    Plaintiff,                                   Case No. 20-cv-12822
                                                      Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S COUNSEL'S PETITION FOR ATTORNEY FEES (ECF No. 20)

In this action, Plaintiff Idella Reid challenged the denial of her application for Disability Insurance Benefits. (*See* Compl., ECF No. 1.) On October 18, 2021, the Court issued a stipulated order remanding this action to Defendant Commissioner of Social Security pursuant to Sentence Four of the Social Security Act "for further administrative action, including a new decision [on Reid's application] applying all relevant regulations." (Order, ECF No. 18, PageID.805.)

On January 17, 2022, Reid's counsel filed a petition for attorney fees and costs in this action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d) (the "EAJA"). (*See* Mot., ECF No. 20.) Reid's counsel seeks fees in the amount of $5,595.50 and costs in the amount of $103.78. (*See id.*, PageID.814.)

1

The Commissioner filed a response to Reid's counsel's motion on January 27, 2022. (*See* Resp., ECF No. 21.)  The Commissioner had "no substantive objection to the allowance of the amount of fees sought in [Reid's] EAJA Application for Fees and Expenses. [The Commissioner] agree[d] that the payment of Five Thousand Six-Hundred Ninety-Nine Dollars and Twenty-Eight Cents ($5,699.28) by the United States Social Security Administration to [Reid], provides for full settlement in satisfaction of any and all claims for attorney's fees, costs, and expenses under the EAJA." (*Id.*, PageID.830.)

Here, for the reasons stated in Reid's counsel's petition and supporting documents, the Court finds that the requested fee amount is reasonable for the services rendered.  Accordingly, for the reasons explained above, and in Reid's counsel's petition for attorney fees (ECF No. 21), the petition is **GRANTED**.  The Court **AWARDS** Reid $5,699.28 in attorney fees and costs.  The Commissioner shall pay that amount to Reid within thirty days of this order subject to any applicable off-set. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

    **IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  February 11, 2022

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 11, 2022, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan  
                                      Case Manager  
                                      (313) 234-5126